# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-3114

_____

Felicia Dionne Taylor, Ph. D.

*Plaintiff - Appellant*

v.

Mortgage Electronic Registration Systems, Inc.; Countrywide Home Loans, Inc.,
Individually and its Successor Bank of America NA; Bank of America N.A.; US
Bank National Association, Individually and as Trustee for JP Morgan Mortgage
Acquisition Trust 2006-CW2 by Bank of America NA (BANA), Attorney in Fact;
JP Morgan Mortgage Acquisition Trust 2006-CW2; BAC Home Loans Servicing
LP; Countrywide Home Loans Servicing, L.P.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: June 19, 2014
Filed: June 30, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

In this civil action removed from state court, Felicia Taylor appeals the district court's[1] orders refusing to remand the matter to state court, dismissing her complaint under Federal Rule of Civil Procedure 12(b)(6), and denying post-judgment relief. Upon careful review, see Junk v. Terminix Int'l Co., 628 F.3d 439, 444 (8th Cir. 2010), we conclude that the court properly denied Taylor's motion to remand, because removal, based on diversity of citizenship and an amount in controversy exceeding $75,000, was proper. We also conclude that the court properly dismissed the action for failure to state a claim, see Hallquist v. United Home Loans, Inc., 715 F.3d 1040, 1044 (8th Cir. 2013) (standard of review), for the reasons discussed by the district court; and we see no abuse of discretion in the denial of post-judgment relief, see Bernard v. U.S. Dep't of Interior, 674 F.3d 904, 908 (8th Cir. 2012).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.